IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RODNEY CHIMNEY, § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:05-CV-647-Y |
| § | |
| COLE JETER, Warden, § | |
| FCI-Fort Worth, § | |
| Respondent. § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Rodney Chimney under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on January 10, 2006; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on January 27, 2006.

The Court, after de novo review, concludes that Chimney's objections must be overruled, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Chimney's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED April 11, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE